CHRISTY MICHELLE JARRETT
4230 DOGWOOD LANE
VICKSBURG, MS 39180

GA ASSOCIATES
P.O. BOX 23455
JACKSON, MS 39225

TOYOTA FINANCIAL SERV
ATTN: BANKRUPTCY
PO BOX 22171
TEMPE, AZ 85285

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

GI ALLIANCE ANESTHESIA
P.O. BOX 201435
DALLAS, TX 75320

AMRO MUSIC
ATTN: BANKRUPTCY
2918 POPLAR AVENUE
MEMPHIS, TN 38111

GI ASSOCIATES ENSODCOP
P.O. BOX 22668
JACKSON, MS 39225

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130

MERIT HEALTH
PO BOX 841672
DALLAS, TX 75284

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

MISSION PRIMARY CARE
1901 MISSION 66
VICKSBURG, MS 39180-3711

CITIBANK
CITICORP CR SRVS
PO BOX 790046
ST LOUIS, MO 63179

REGIONAL ACCEPTANCE
P.O. BOX 277760
SACRAMENTO, CA 95827

COMENITY
ATTN: BANKRUPTCY
PO BOX 182273
COLUMBUS, OH 43218

SYNCB
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

FIRST HERITAGE
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

TEXAS DIGESTIVE DISEAS
P.O. BOX 206239
DALLAS, TX 75320