Certificate Number: 17082-MSS-DE-040251242

Bankruptcy Case Number: 25-02721



17082-MSS-DE-040251242

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 29, 2025, at 8:38 o'clock AM MST, CHRISTY M JARRETT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   October 29, 2025            By:   /s/Orsolya K Lazar

                                    Name:   Orsolya K Lazar

                                    Title:   Executive Director